IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOSE MIGUEL RODRIGUEZ, #1350694 | § | |
| VS. | § | CIVIL ACTION NO. 5:08cv203 |
| KEVIN MILLER, ET AL. | § | |

## ORDER DENYING PRELIMINARY INJUNCTION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's motion for a preliminary injunction should be denied. The Reports of the Magistrate Judge, which contain proposed findings of fact and recommendations for the disposition of such action, have been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's motion for a preliminary injunction (docket entry #2) is **DENIED**.

SIGNED this 20th day of January, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE